IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **BROADBAND iTV, INC.,** *Plaintiff* -v- **AT&T SERVICES, INC., and AT&T COMMUNICATIONS, LLC,** *Defendant* | § § § § § § § § § § | |
| **BROADBAND iTV, INC.,** *Plaintiff* -v- **DIRECTV, LLC,** *Defendant* | § § § § § § § § § § § | **Civil Action No. 1:20-cv-00717-ADA** |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Darryl J. Adams to serve as the Technical Advisor for the Court in this case. Mr. Adams' contact information is as follows:

> Darryl J. Adams
> 401 Congress Ave., Ste. 1650
> Austin, Texas 78701
> dadams@sgbfirm.com

Mr. Adams will assist the Court with technical issues related to motions for summary judgment, *Daubert* motions, and claim construction. Mr. Adams may also assist the Court at trial and with post-trial motions. Because a technical advisor serves essentially as a law clerk to the

Court and will be familiar with technical issues in this case, Mr. Adams may also assist the Court in drafting orders.

  The parties are instructed to mail a paper copy of dispositive motion and Daubert motion briefs, and a USB drive with any exhibits, to the above address no later than two business days after the briefing on those motions is complete. Also, include a paper copy of the briefs for the pending motion for partial summary judgement (Dkt. 99) and a USB drive with any exhibits.

**SIGNED** this 16th day of August, 2021.

                     _____
                     ALAN D ALBRIGHT
                     UNITED STATES DISTRICT JUDGE